**U.S. Patent No.7,986,223 v. General Motors**

1

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] An automatic signaling system for a vehicle having a left turn signal light and a right turn signal light, comprising: | General Motors makes, uses, sells, and/or offers to sell an automatic signaling system for a vehicle having a left turn signal light and a right turn signal light.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, General Motors provides Super Cruise ("automatic signaling system"), an advanced hands-free driver assistance technology in its vehicles[1]. Super Cruise further includes an Automatic Lane Change feature that, when activated, allows the vehicle to autonomously perform safe lane changes along with a turn signal ("a vehicle having a right turn signal light and a left turn signal light") activation and controlled steering maneuvers. Super Cruise evaluates multiple parameters, such as road curvature obtained from LiDAR map data, lane geometry detected using cameras, vehicle trajectory determined from current speed, vehicle load, prevailing weather conditions, and the behavior of surrounding vehicles.<br><br> |

---

[1] General Motors provides Super Cruise technology to various vehicle models including but not limited to Buick Enclave; Cadillac CT4, CT5, Escalade, LYRIQ, and OPTIQ; Chevrolet Blazer EV, Equinox EV, Silverado, Silverado EV, Suburban, Tahoe, and Traverse; and GMC Acadia, HUMMER EV SUV, HUMMER EV Pickup, Sierra, Sierra EV, Yukon, and Yukon XL.

Source: https://www.gmc.com/explore-gmc/technology/super-cruise (annotated)

## HANDS-FREE SUPER CRUISE

The future of driving is here. CT4 offers an enhanced version of Super Cruise,[†] the first truly hands-free driver-assistance system with more than 400,000 miles of compatible roads in the U.S. and Canada. Super Cruise includes Automatic Lane Change, which allows CT4 to change lanes without driver input. And with the support of available Connected Services[†], you'll also receive the latest map updates.

Source: https://brochures.cadillac.com/2024/ct4/technology/

**How Super Cruise works**

GM vehicles with available Super Cruise use real-time cameras, computers, sensors, GPS data, and precision maps to allow drivers to remove their hands from the wheel under specified conditions. Building on Adaptive Cruise Control, Super Cruise adjusts the vehicle's speed to maintain a set following distance from the vehicle ahead.

Source: https://news.gm.com/home.detail.html/Pages/topic/us/en/2025/feb/0228-supercruise.html

3



To ensure constant lane centering, a series of cameras, sensors, and LiDAR map data is used to identify lane markings and keep you within them.

Source: https://www.gm.com/innovation/autonomous-driving



A Super Cruise-enabled vehicle can make hands-free lane changes automatically[7] when a slower vehicle is detected, or when prompted by the driver with a turn signal.

Source: https://www.gm.com/innovation/autonomous-driving



### Let go and enjoy one of the largest hands-free driving networks in North America.

On average, Super Cruise users drive more than 10 million hands-free miles per month total.



### Turn Signal Activated Lane Change*

By simply activating the turn signal on select Chevy vehicles, Turn Signal Activated Lane Change will look for an opening in the desired lane and change lanes without any further input from the driver.



### Automatic Lane Change*

When a slower vehicle is detected ahead, properly equipped vehicles can automatically initiate the turn signal, change lanes, pass the slower traffic, signal again and return to their original lane without the driver ever touching the controls.

Source: https://www.chevrolet.com/technology/super-cruise#:~:text=When%20a%20slower%20vehicle%20is,driver%20ever%20touching%20the%20controls

## AUTOMATIC LANE CHANGE

When engaged, Super Cruise can automatically perform a single lane change under certain conditions if enabled in the Vehicle Settings. Automatic Lane Change is not available when trailering.

▶ To enable Super Cruise lane changes, go to Settings > Vehicle > Collision/Detection Systems > Super Cruise Lane Change.



Source: https://contentdelivery.ext.gm.com/bypass/gma-content-api/resources/sites/GMA/content/staging/MANUALS/8000/MA8968/en_US/4.0/GTK_2024_Chevrolet_GMC_Super_Cruise_85599417_A.pdf, Page 9

6

1. Turn on Adaptive Cruise Control using the button on your steering wheel. This is when you can take your feet off the pedals.

2. When Super Cruise detects you are on a compatible road, paying sufficient attention, and all other driving conditions are met (lane markings visible, GPS available, no system faults, etc.), the Super Cruise symbol will illuminate white on the instrument cluster.

3. When it is safe to do so, press the Super Cruise button on your steering wheel to engage hands-free driving. When the steering wheel lights up in green, Super Cruise is in control, and you can take your hands off the steering wheel. Do not remove your hands from the steering wheel unless the light bar is green, which indicates that Super Cruise is steering the vehicle. To disengage Super Cruise, press the Super Cruise button again or press the brake pedal.

Source: https://news.gm.com/home.detail.html/Pages/topic/us/en/2025/feb/0228-supercruise.html

When technology works effortlessly, it's easy to forget the incredible engineering behind it. That was the goal with **GM's Super Cruise hands-free driver assistance technology**. Super Cruise is designed to execute precise lane centering, perform smooth lane changes, interact with a driver's requests and handle steering maneuvers. These advanced capabilities are managed by a single, modular software stack called the Unified Lateral Controller, or ULC. Looking inside, GM engineers built a self-learning system made up of machine learning algorithms to update the vehicle's dynamics and controls. The algorithm makes quick decisions to ensure efficiency.

Source: https://news.gm.com/home.detail.html/Pages/topic/us/en/2025/feb/0212-supercruise.html

7

<table>
<tr><td></td><td>

Super Cruise needs to maneuver as naturally as possible for drivers to remain comfortable and confident as they **drive hands free**. Diving deeper, the ULC must consider many data inputs: The curvature of the road from the LiDAR map data, lane geometry from the cameras, trajectory of the vehicle based on current speeds, vehicle load, current weather conditions, and the behavior of surrounding vehicles--all in a matter of seconds.

Source: https://news.gm.com/home.detail.html/Pages/topic/us/en/2025/feb/0212-supercruise.html

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by General Motors.

</td></tr>
<tr><td>

[1.1] a sensor configured for sensing at least a portion of a lane; and

</td><td>

General Motors provides an automatic signaling system for a vehicle, comprising a sensor configured for sensing at least a portion of a lane.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Super Cruise continuously monitors and evaluates multiple parameters, including road curvature derived from LiDAR-based map data, lane geometry detected by onboard cameras ("a sensor configured for sensing at least a portion of a lane"), vehicle trajectory determined from current speed and load, prevailing weather conditions, and the behavior of surrounding traffic ("to sense a characteristic of an environment outside the car").

Super Cruise needs to maneuver as naturally as possible for drivers to remain comfortable and confident as they **drive hands free**. Diving deeper, the ULC must consider many data inputs: The curvature of the road from the LiDAR map data, lane geometry from the cameras, trajectory of the vehicle based on current speeds, vehicle load, current weather conditions, and the behavior of surrounding vehicles--all in a matter of seconds.

a sensor configured for sensing at least a portion of a lane

Source: https://news.gm.com/home.detail.html/Pages/topic/us/en/2025/feb/0212-supercruise.html (annotated)
Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by General Motors.

</td></tr>
</table>

| | |
|---|---|
| [1.2] a processor coupled to the sensor; wherein the processor is configured to identify a lane boundary based on a signal received from the sensor, wherein the lane boundary is able to be crossed over by the vehicle, determine information regarding a position of the lane boundary, and | General Motors provides an automatic signaling system for a vehicle, comprising a processor coupled to the sensor; wherein the processor is configured to identify a lane boundary based on a signal received from the sensor, wherein the lane boundary is able to be crossed over by the vehicle, determine information regarding a position of the lane boundary.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, Super Cruise employs a Unified Lateral Controller (ULC) software that executes on the vehicle's on-board processor. When the Automatic Lane Change functionality is activated, the ULC continuously monitors and processes multiple parameters, including road curvature derived from LiDAR-based map data, lane geometry detected by onboard cameras, vehicle trajectory as determined by current speed and load, prevailing weather conditions, and the behavior of surrounding traffic. Upon determining that the required conditions are satisfied, Super Cruise autonomously activates the turn signal and executes a lane change maneuver to pass a slower-moving vehicle, and subsequently returns the vehicle to the original lane. Accordingly, the ULC generates an output in the form of the turn signal while executing the lane change. During execution of the lane change maneuver, the ULC continuously monitors the position of the vehicle relative to detected lane markings, including whether the vehicle is centered within the lane, by comparing the vehicle's trajectory against lane geometry derived from the sensor data, thereby determining whether the vehicle is sufficiently close to either the left or right lane boundary ("determine information regarding a position of the lane boundary") to decide the direction of the lane change.

When technology works effortlessly, it's easy to forget the incredible engineering behind it. That was the goal with **GM's Super Cruise hands-free driver assistance technology**. Super Cruise is designed to execute precise lane centering, perform smooth lane changes, interact with a driver's requests and handle steering maneuvers. These advanced capabilities are managed by a single, modular software stack called the Unified Lateral Controller, or ULC. Looking inside, GM engineers built a self-learning system made up of machine learning algorithms to update the vehicle's dynamics and controls. The algorithm makes quick decisions to ensure efficiency.

Source: https://news.gm.com/home.detail.html/Pages/topic/us/en/2025/feb/0212-supercruise.html |

Super Cruise needs to maneuver as naturally as possible for drivers to remain comfortable and confident as they **drive hands free**. Diving deeper, the ULC must consider many data inputs: The curvature of the road from the LiDAR map data, lane geometry from the cameras, trajectory of the vehicle based on current speeds, vehicle load, current weather conditions, and the behavior of surrounding vehicles--all in a matter of seconds.

*identify a lane boundary and determine information regarding a position of the lane boundary*

Source: https://news.gm.com/home.detail.html/Pages/topic/us/en/2025/feb/0212-supercruise.html (annotated)

*lane boundary is able to be crossed over by the vehicle*



### Let go and enjoy one of the largest hands-free driving networks in North America.

On average, Super Cruise users drive more than 10 million hands-free miles per month total.

### Turn Signal Activated Lane Change*

By simply activating the turn signal on select Chevy vehicles, Turn Signal Activated Lane Change will look for an opening in the desired lane and change lanes without any further input from the driver.

### Automatic Lane Change*

When a slower vehicle is detected ahead, properly equipped vehicles can automatically initiate the turn signal, change lanes, pass the slower traffic, signal again and return to their original lane without the driver ever touching the controls.

Source:                                                                    https://www.chevrolet.com/technology/super-cruise#:~:text=When%20a%20slower%20vehicle%20is,driver%20ever%20touching%20the%20controls (annotated)



To ensure constant lane centering, a series of cameras, sensors, and LiDAR map data is used to identify lane markings and keep you within them.

Source: https://www.gm.com/innovation/autonomous-driving

|  |  |
|---|---|
|  | 1. Turn on Adaptive Cruise Control using the button on your steering wheel. This is when you can take your feet off the pedals.<br><br>2. When Super Cruise detects you are on a compatible road, paying sufficient attention, and all other driving conditions are met (lane markings visible, GPS available, no system faults, etc.), the Super Cruise symbol will illuminate white on the instrument cluster.<br><br>3. When it is safe to do so, press the Super Cruise button on your steering wheel to engage hands-free driving. When the steering wheel lights up in green, Super Cruise is in control, and you can take your hands off the steering wheel. Do not remove your hands from the steering wheel unless the light bar is green, which indicates that Super Cruise is steering the vehicle. To disengage Super Cruise, press the Super Cruise button again or press the brake pedal.<br><br>Source: https://news.gm.com/home.detail.html/Pages/topic/us/en/2025/feb/0228-supercruise.html<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by General Motors. |
| [1.3] selectively activate either the left turn signal light or the right turn signal light of the vehicle based at least on the determined | General Motors provides an apparatus for a car, comprising, a processor coupled to the sensor; wherein the processor is configured to selectively activate either the left turn signal light or the right turn signal light of the vehicle based at least on the determined information regarding the position of the lane boundary.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, while passing the slower-moving vehicle, when the Super Cruise, using the ULC, determines that the lane conditions are suitable for lane change maneuvering ("based at least on the determined information regarding the position of the lane boundary"), the Super Cruise automatically activates the turn signal lights ("selectively activate either the left turn signal light or the right turn signal light of the vehicle") and executes a lane change maneuver. |

| information regarding the position of the lane boundary. | 1. Turn on Adaptive Cruise Control using the button on your steering wheel. This is when you can take your feet off the pedals.<br><br>2. When Super Cruise detects you are on a compatible road, paying sufficient attention, and all other driving conditions are met (lane markings visible, GPS available, no system faults, etc.), the Super Cruise symbol will illuminate white on the instrument cluster.<br><br>3. When it is safe to do so, press the Super Cruise button on your steering wheel to engage hands-free driving. When the steering wheel lights up in green, Super Cruise is in control, and you can take your hands off the steering wheel. Do not remove your hands from the steering wheel unless the light bar is green, which indicates that Super Cruise is steering the vehicle. To disengage Super Cruise, press the Super Cruise button again or press the brake pedal.<br><br>Source: https://news.gm.com/home.detail.html/Pages/topic/us/en/2025/feb/0228-supercruise.html<br><br>Super Cruise needs to maneuver as naturally as possible for drivers to remain comfortable and confident as they **drive hands free**. Diving deeper, the ULC must consider many data inputs: The curvature of the road from the LiDAR map data, lane geometry from the cameras, trajectory of the vehicle based on current speeds, vehicle load, current weather conditions, and the behavior of surrounding vehicles--all in a matter of seconds. <span style="color:red">based at least on the determined information regarding the position of the lane boundary</span><br><br>Source: https://news.gm.com/home.detail.html/Pages/topic/us/en/2025/feb/0212-supercruise.html (annotated) |
|---|---|



**Let go and enjoy one of the largest hands-free driving networks in North America.**

On average, Super Cruise users drive more than 10 million hands-free miles per month total.

**Turn Signal Activated Lane Change**[*]

By simply activating the turn signal on select Chevy vehicles, Turn Signal Activated Lane Change will look for an opening in the desired lane and change lanes without any further input from the driver.



selectively activate either the left turn signal light or the right turn signal light of the vehicle

**Automatic Lane Change**[*]

When a slower vehicle is detected ahead, properly equipped vehicles can automatically initiate the turn signal, change lanes, pass the slower traffic, signal again and return to their original lane without the driver ever touching the controls.

Source: https://www.chevrolet.com/technology/super-cruise#:~:text=When%20a%20slower%20vehicle%20is,driver%20ever%20touching%20the%20controls (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by General Motors.

13

## 2. List of References

1.  https://news.gm.com/home.detail.html/Pages/topic/us/en/2025/feb/0228-supercruise.html, last accessed on 5th February 2026.
2.  https://www.gm.com/innovation/autonomous-driving, last accessed on 5th February 2026.
3.  https://news.gm.com/home.detail.html/Pages/topic/us/en/2025/feb/0212-supercruise.html, last accessed on 5th February 2026.
4.  https://www.chevrolet.com/technology/super-cruise#:~:text=When%20a%20slower%20vehicle%20is,driver%20ever%20touching%20the%20controls, last accessed on 5th February 2026.
5.  https://contentdelivery.ext.gm.com/bypass/gma-content-api/resources/sites/GMA/content/staging/MANUALS/8000/MA8968/en_US/4.0/GTK_2024_Chevrolet_GMC_Super_Cruise_85599417_A.pdf, last accessed on 5th February 2026.
6.  https://www.gmc.com/explore-gmc/technology/super-cruise, last accessed on 5th February 2026.
7.  https://www.chevrolet.com/technology/super-cruise, last accessed on 5th February 2026.
8.  https://investor.gm.com/news-releases/news-release-details/gm-sets-record-largest-hands-free-caravan-super-cruise, last accessed on 5th February 2026.
9.  https://brochures.cadillac.com/2024/ct4/technology/, last accessed on 5th February 2026.
10. https://youtu.be/xLiIWT4mX6s, last accessed on 5th February 2026.