# U.S. Patent No.9,505,343 v. General Motors

1

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P]    A control system for a vehicle, the control system comprising: | General Motors makes, uses, sells, and/or offers to sell a control system for a vehicle. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, General Motors provides Super Cruise, an advanced hands-free driver assistance technology available in its vehicles[1]. Super Cruise includes a 'Lane Change on Demand' functionality that is activated when the Super Cruise is engaged, and a driver expresses an intent of a desired lane change by pressing and releasing the turn signal lever or moving the lever fully up or down. Subsequently, if the traffic conditions are appropriate, the Super Cruise steers the vehicle ("a control system for a vehicle") to perform a lane change maneuver. <br><br> **WHAT IS SUPER CRUISE®?** <br><br> Super Cruise* is the first true hands-free driver assistance technology for compatible roads and is available on more GMC vehicles* than ever before. Super Cruise utilizes advanced technologies to provide the ease and convenience of hands-free driving, bringing your experience to the next level. Choose hands-free convenience to be confidently centered in your lane. Elevate your daily drive with a growing network of compatible roads that makes every mile more enjoyable. <br><br> Source: https://www.gmc.com/explore-gmc/technology/super-cruise (annotated) |

---

[1] General Motors provides Super Cruise technology to various vehicle models including but not limited to Buick Enclave; Cadillac CT4, CT5, Escalade, LYRIQ, and OPTIQ; Chevrolet Blazer EV, Equinox EV, Silverado, Silverado EV, Suburban, Tahoe, and Traverse; and GMC Acadia, HUMMER EV SUV, HUMMER EV Pickup, Sierra, Sierra EV, Yukon, and Yukon XL.

# HANDS-FREE SUPER CRUISE

The future of driving is here. CT4 offers an enhanced version of Super Cruise,[†] the first truly hands-free driver-assistance system with more than 400,000 miles of compatible roads in the U.S. and Canada. Super Cruise includes Automatic Lane Change, which allows CT4 to change lanes without driver input. And with the support of available Connected Services[†], you'll also receive the latest map updates.

Source: https://brochures.cadillac.com/2024/ct4/technology/

## CHANGING LANES

### LANE CHANGE ON DEMAND

With Super Cruise engaged, the driver can direct the system to perform a single lane change using the turn signal. Lane Change on Demand is not available when trailering.

1. Verify the next lane is clear and conditions are safe to make a lane change.

2. Activate the turn signal in the direction of the desired lane change by briefly pressing and releasing the turn signal lever or moving the lever fully up or down. The turn signals will remain active while Super Cruise completes the lane change. Super Cruise will steer the vehicle to perform the lane change if it detects traffic is clear. A message on the instrument cluster shows the status of the lane change.

3. Return the turn signal lever to the neutral position after the lane change if it was moved fully up or down.

► To cancel a lane change, return the turn signal lever to the neutral position, move the lever in the opposite direction of the lane change, or steer manually at any time.

3

| | |
|---|---|
| | Source: https://contentdelivery.ext.gm.com/bypass/gma-content-api/resources/sites/GMA/content/staging/MANUALS/8000/MA8968/en_US/4.0/GTK_2024_Chevrolet_GMC_Super_Cruise_85599417_A.pdf, page 10<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by General Motors. |
| [1.1] an automatic control for controlling an operation of the vehicle; and | General Motors provides the control system comprising, an automatic control for controlling an operation of the vehicle.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, while the Lane Change on Demand functionality is activated, when the driver actuates the turn signal to perform a lane change ("an operation of the vehicle"), the Super Cruise automatically steers ("an automatic control") the vehicle to perform the desired lane change if the traffic conditions are appropriate. |

## CHANGING LANES

### LANE CHANGE ON DEMAND

With Super Cruise engaged, the driver can direct the system to perform a single lane change using the turn signal. Lane Change on Demand is not available when trailering.

1. Verify the next lane is clear and conditions are safe to make a lane change.

2. Activate the turn signal in the direction of the desired lane change by briefly pressing and releasing the turn signal lever or moving the lever fully up or down. The turn signals will remain active while Super Cruise completes the lane change. Super Cruise will steer the vehicle to perform the lane change if it detects traffic is clear. A message on the instrument cluster shows the status of the lane change.

3. Return the turn signal lever to the neutral position after the lane change if it was moved fully up or down.

▶ To cancel a lane change, return the turn signal lever to the neutral position, move the lever in the opposite direction of the lane change, or steer manually at any time.

*an automatic control for controlling tan operation of the vehicle*

Source: https://contentdelivery.ext.gm.com/bypass/gma-content-api/resources/sites/GMA/content/staging/MANUALS/8000/MA8968/en_US/4.0/GTK_2024_Chevrolet_GMC_Super_Cruise_85599417_A.pdf, page 10 (annotated)

5

| | |
|---|---|
| | **HANDS-FREE SUPER CRUISE**<br><br>The future of driving is here. CT4 offers an enhanced version of Super Cruise,[†] the first truly hands-free driver-assistance system with more than 400,000 miles of compatible roads in the U.S. and Canada. Super Cruise includes Automatic Lane Change, which allows CT4 to change lanes without driver input. And with the support of available Connected Services[†], you'll also receive the latest map updates.<br><br>Source: https://brochures.cadillac.com/2024/ct4/technology/<br><br>Super Cruise is a hands-free driver assistance technology for use on compatible roads. The system steers the vehicle to maintain lane position or to perform a lane change, under certain conditions, while also monitoring your attention to the road. Working with the Adaptive Cruise Control system, it reduces the need for you to frequently steer, brake or accelerate under available operating conditions.<br><br>When Super Cruise is engaged, the vehicle's real-time cameras, sensors, and GPS, used in conjunction with the precision LiDAR map data, keep the vehicle centered in its lane and traveling along the lane path while the driver's hands are removed from the steering wheel.<br><br>Source: https://contentdelivery.ext.gm.com/bypass/gma-content-api/resources/sites/GMA/content/staging/MANUALS/8000/MA8968/en_US/4.0/GTK_2024_Chevrolet_GMC_Super_Cruise_85599417_A.pdf, page 3<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by General Motors. |
| [1.2]<br>a lever having a first end, a second end, | General Motors provides the control system comprising, a lever having a first end, a second end, and a body extending between the first end and the second end, wherein the lever is selectively operable to turn the automatic control from an off state to an on state, wherein the lever comprises a turn signal lever. |

| | |
|---|---|
| and a body extending between the first end and the second end, wherein the lever is selectively operable to turn the automatic control from an off state to an on state, wherein the lever comprises a turn signal lever; | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, General Motors vehicle models equipped with Super Cruise technology include a physical turn signal lever located on the steering column. The turn signal lever has two ends, with one end ("first end") fixed to the steering column and the opposite end ("second end") forming a grip portion, with a lever body extending between the fixed end and the grip end ("a body extending between the first end and the second end"). The lever is mounted on a pivoting base that allows upward and downward movement, enabling the driver to press and release the turn signal lever or move the lever fully up or down to indicate an intended lane change ("the lever comprises a turn signal lever").<br><br>Further, when Super Cruise is engaged, the turn signal lever is briefly pressed and released or moved fully up or down ("the lever is selectively operable to turn the automatic control from an off state to an on state") to direct the system to perform a lane change using the 'Lane Change on Demand' functionality. Subsequently, the system checks whether the road and traffic conditions are suitable, and automatically steers the vehicle ("to turn the automatic control from an off state to an on state") to execute the lane change maneuver. |

7

## Turn and Lane-Change Signals



first end

second end

a body extending between the first end and second end

Move the lever all the way up or down to signal a turn.

An arrow on the instrument cluster flashes in the direction of the turn or lane change.

Raise or lower the lever until the arrow starts to flash to signal a lane change. Hold it there until the lane change is completed. If the lever is briefly pressed and released, the turn signal flashes three times.

The turn and lane-change signal can be turned off manually by moving the lever back to its original position.

If after signaling a turn or lane change, the arrow flashes rapidly or does not come on, a signal function may be inoperative. This

Source:
https://contentdelivery.ext.gm.com/content/dam/cope/en_us/public/pdf_assets/active/owners_manuals_browse/25_CAD_CT4_OM_en_US_U_85653735B_2024AUG23_2P.pdf, page 121 (annotated)

| | |
|---|---|
| | **CHANGING LANES**<br><br>**LANE CHANGE ON DEMAND**<br>With Super Cruise engaged, the driver can direct the system to perform a single lane change using the turn signal. Lane Change on Demand is not available when trailering.<br><br>1. Verify the next lane is clear and conditions are safe to make a lane change.<br>2. Activate the turn signal in the direction of the desired lane change by briefly pressing and releasing the turn signal lever or moving the lever fully up or down. The turn signals will remain active while Super Cruise completes the lane change. Super Cruise will steer the vehicle to perform the lane change if it detects traffic is clear. A message on the instrument cluster shows the status of the lane change.<br><br>*the lever is selectively operable to turn the automatic control from an off state to an on state*<br><br>3. Return the turn signal lever to the neutral position after the lane change if it was moved fully up or down.<br>▶ To cancel a lane change, return the turn signal lever to the neutral position, move the lever in the opposite direction of the lane change, or steer manually at any time.<br><br>Source: https://contentdelivery.ext.gm.com/bypass/gma-content-api/resources/sites/GMA/content/staging/MANUALS/8000/MA8968/en_US/4.0/GTK_2024_Chevrolet_GMC_Super_Cruise_85559417_A.pdf, page 10 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by General Motors. |
| [1.3] wherein when the automatic control is in the off state, manual control is required for | General Motors provides the control system comprising, a lever selectively operable to turn the automatic control from an off state to an on state, wherein when the automatic control is in the off state, manual control is required for the operation of the vehicle and wherein when the automatic control is in the on state, the automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| the operation of the vehicle; and wherein when the automatic control is in the on state, the automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle. | For example, when Super Cruise is engaged, the vehicle can be steered manually at any time to perform a lane change ("when the automatic control is in the off state, manual control is required for the operation of the vehicle") after verifying the lane and traffic conditions. In this mode, the driver moves the steering wheel manually by holding the steering wheel with both hands on the sensing areas of the wheel and steering the wheel into the desired lane. |

For the second cell, continuing:

Further, when Lane Change on Demand functionality is activated ("when the automatic control is in the on state"), and the driver expresses an intent of a desired lane change by pressing and releasing the turn signal lever or moving the lever fully up or down, Super Cruise automatically steers the vehicle to perform a lane change maneuver ("the automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle"), if the traffic conditions are appropriate. In this mode, manual steering input from the driver is not required.

## CHANGING LANES

**MANUALLY CHANGING LANES**

The vehicle can be steered manually at any time when the Super Cruise driver assistance technology is engaged.

1. Verify the next lane is clear and conditions are safe to make a lane change.

2. Move the steering wheel manually by holding the steering wheel with both hands on the sensing areas of the wheel. The steering wheel light bar pulses blue.

3. Steer the vehicle into the desired lane.

4. To allow Super Cruise to resume steering, center the vehicle in the lane until the light bar turns green.



when the automatic control is in the off state, manual control is required for the operation of the vehicle

10

Source:    https://contentdelivery.ext.gm.com/bypass/gma-content-api/resources/sites/GMA/content/staging/MANUALS/8000/MA8968/en_US/4.0/GTK_2024_Chevrolet_GMC_Super_Cruise_85599417_A.pdf, Page 9 (annotated)

## CHANGING LANES

### LANE CHANGE ON DEMAND

With Super Cruise engaged, the driver can direct the system to perform a single lane change using the turn signal. Lane Change on Demand is not available when trailering.

1. Verify the next lane is clear and conditions are safe to make a lane change.
2. Activate the turn signal in the direction of the desired lane change by briefly pressing and releasing the turn signal lever or moving the lever fully up or down. The turn signals will remain active while Super Cruise completes the lane change. Super Cruise will steer the vehicle to perform the lane change if it detects traffic is clear. A message on the instrument cluster shows the status of the lane change.
3. Return the turn signal lever to the neutral position after the lane change if it was moved fully up or down.

▶ To cancel a lane change, return the turn signal lever to the neutral position, move the lever in the opposite direction of the lane change, or steer manually at any time.

*when the automatic control is in the on state, the automatic control is configured to control the operation of the vehicle on behalf of a driver of the vehicle*

Source:    https://contentdelivery.ext.gm.com/bypass/gma-content-api/resources/sites/GMA/content/staging/MANUALS/8000/MA8968/en_US/4.0/GTK_2024_Chevrolet_GMC_Super_Cruise_85599417_A.pdf, page 10 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by General Motors.

11

## 2. List of References

1. https://contentdelivery.ext.gm.com/bypass/gma-content-api/resources/sites/GMA/content/staging/MANUALS/8000/MA8968/en_US/4.0/GTK_2024_Chevrolet_GMC_Super_Cruise_85599417_A.pdf, last accessed on 6th February 2026.
2. https://contentdelivery.ext.gm.com/content/dam/cope/en_us/public/pdf_assets/active/owners_manuals_browse/25_CAD_CT4_OM_en_US_U_85653735B_2024AUG23_2P.pdf, last accessed on 6th February 2026.
3. https://news.gm.com/home.detail.html/Pages/topic/us/en/2025/feb/0212-supercruise.html, last accessed on 6th February 2026.
4. https://news.gm.com/home.detail.html/Pages/topic/us/en/2025/feb/0228-supercruise.html, last accessed on 6th February 2026.
5. https://www.gmc.com/explore-gmc/technology/super-cruise, last accessed on 6th February 2026.